```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02115
   ANTONIO BARRAGAN
   YOLANDA BARRAGAN                            CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-6389     SSN XXX-XX-2707


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/31/2008 and was not confirmed.

     The case was dismissed without confirmation 05/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          1840.07           .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED          1121.61           .00            .00
GMAC                       SECURED VEHIC     15323.53           .00         903.04
AMERICREDIT FINANCIAL SE   UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          7362.82           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         14195.10           .00            .00
HOUSEHOLD FINANCE/ BENEF   UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          2440.49           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          9999.79           .00            .00
CITIFINANCIAL              UNSECURED        NOT FILED           .00            .00
GEMB/WALMART               UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         10783.76           .00            .00
JC PENNY                   UNSECURED        NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           825.08           .00            .00
SAM'S CLUB                 UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          1031.08           .00            .00
UNION PLUS                 UNSECURED        NOT FILED           .00            .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC    10649.68            .00         850.80
GMAC                       UNSECURED        NOT FILED           .00            .00
TCF MORTGAGE CORPORATION   CURRENT MORTG         .00            .00            .00
CITIFINANCIAL              CURRENT MORTG         .00            .00            .00
LEGAL HELPERS PC           DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                          152.50
DEBTOR REFUND              REFUND                                         1,123.66

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              3,030.00

PRIORITY                                          .00
SECURED                                      1,753.84
UNSECURED                                         .00
ADMINISTRATIVE                                    .00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 02115 ANTONIO BARRAGAN & YOLANDA BARRAGAN
```

```
TRUSTEE COMPENSATION                                              152.50
DEBTOR REFUND                                                   1,123.66
                                        ----------------   ----------------
TOTALS                                         3,030.00           3,030.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 08/26/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE